# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**GUSTAVIA REED**                                                                                   **PLAINTIFF**

**v.**                                **Case No. 4:11-cv-0235-KGB**

**UNION PACIFIC RAILROAD COMPANY**                                          **DEFENDANT**

## ORDER

Pending is the parties' Agreed Motion to Dismiss Defendant (Dkt. No. 22). The parties have informed the Court that they have reached a settlement and have agreed to dismiss with prejudice defendant Union Pacific Railroad Company. Therefore, the Court dismisses this case with prejudice.

SO ORDERED this the 3rd day of August, 2012.

_____
Kristine G. Baker
United States District Judge